# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 697 |
| | : | |
| ORDER APPROVING THE | : | SUPREME COURT RULES |
| AMENDMENT OF RULE 1608 OF | : | |
| THE PENNSYLVANIA | : | DOCKET |
| RULES OF JUVENILE COURT | : | |
| PROCEDURE | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 14th day of June, 2016, upon the recommendation of the Juvenile Court Procedural Rules Committee, the proposal having been submitted without publication pursuant to Pa.R.J.A. No. 103(a)(3):

**IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 1608 of the Pennsylvania Rules of Juvenile Court Procedure is revised in the attached form.

This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on August 1, 2016.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.